HARRY F. WINSLOW, Appellant, *v.* MARCELLUS F. MAYO, Respondent.

*Winslow* v. *Mayo*, 123 App. Div. 758, affirmed.
(Argued March 31, 1909; decided April 27, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 24, 1908, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and granting a new trial in an action to recover upon a contract.

*Frank Harvey Field* and *Walter Lester Glenney* for appellant.

*John P. Elder* and *Edward S. Clinch* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

ELIZABETH SCHOENHUT, Respondent, *v.* ALBERT SCHOENHUT, Appellant.

*Schoenhut* v. *Schoenhut*, 123 App. Div. 913, affirmed.
(Argued April 1, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 9, 1908, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action for a separation and for alimony.

*James Harmon* and *Joseph P. Schattner* for appellant.

*Guy B. Moore* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.